Civil Action No. 1:25-cv-00081-RP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jaime Esparza, US Attorney for the WD of Texas
was received by me on *(date)* February 26, 2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served the summons on Jaime Esparza, US Attorney, the United States Attorney's Office, Attn: Civil Process Clerk, 601 NW Loop 410, Ste. 600, San Antonio, TX 78216 via CMRRR (sent on 02/27/2025 and received on 03/03/2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 03/06/2025

*Server's signature*

Thelma Alvarado-Garza, Paralegal
*Printed name and title*

1114 Lost Creek Blvd., Ste. 410
Austin, Texas 78746
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jaime Esparza
US Attorney for the Western District of Texas
U.S. Attorney's Office
Attn: Civil Process Clerk
601 NW Loop 410, Ste 600
San Antonio, TX 78216

|||||||||||||||||||||||||||||
9590 9402 8665 3244 5917 42

2. Article Number (Transfer from service label)

9589 0710 5270 0988 8560 54

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☒ Agent
☐ Addressee

B. Received by (Printed Name): Monica Fros
C. Date of Delivery: 3/3/25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    TAG - Vichenson    Domestic Return Receipt