**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| DANNY VICHENSONT AND<br>TERESA VICHENSONT,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§　Case No. 1:25-cv-00081-RP<br>§<br>§<br>§<br>§ |

## UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER

Defendant United States of America brings this unopposed motion for entry of a protective order. Certain documents and information the parties intend to produce in this case contain confidential or protected material. Thus, the United States moves the Court to enter the Confidentiality and Protective Order, attached as Exhibit 1 to this motion, to facilitate production of documents and materials. Plaintiff is unopposed to the entry of the attached protective order.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**Justin R. Simmons**
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　By:　*/s/ Matthew Mueller*
　　　　　　　　　　　　　　　　　　**Matthew Mueller**
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Texas Bar No. 24095592
　　　　　　　　　　　　　　　　　　903 San Jacinto Blvd., Suite 334
　　　　　　　　　　　　　　　　　　Austin, Texas 78701
　　　　　　　　　　　　　　　　　　(512) 370-1262 (phone)
　　　　　　　　　　　　　　　　　　(512) 916-5854 (fax)
　　　　　　　　　　　　　　　　　　matthew.mueller@usdoj.gov

　　　　　　　　　　　　　　　　　　**Attorneys for Defendant**